**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6234**

———————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

GERALD ANDERSON, JR.,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:13-cr-00074-AWA-DEM-1)

———————

Submitted: September 13, 2016    Decided: September 16, 2016

———————

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gerald Anderson, Jr., Appellant Pro Se. Joseph Evan DePadilla, Assistant United States Attorney, Joseph Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Anderson, Jr., appeals the district court's order granting his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 to the Sentencing Guidelines and reducing his sentence. We have reviewed the record and find no reversible error. Accordingly, we grant Anderson's motion to seal and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2